

DECEMBER 24, 2009
INVOICE   093074

010117 0089
Lewis B. Freeman, Receiver           Re: Capital Blu
3225 Aviation Avenue
Suite 501
Miami, FL 33133

| DATE | DESCRIPTION | HOURS | AMOUNT |
|------|-------------|-------|--------|

PROFESSIONAL CONSULTING SERVICES RENDERED AS FOLLOWS:

| Date | Description | Hours |
|------|-------------|-------|
| 03/23/09 LBF | Meeting; court; start Receivership | 8.00 |
| 03/24/09 LBF | Review documents; various telephone calls | 2.50 |
| 03/25/09 LBF | Draft letters; emails | 1.00 |
| 03/27/09 LBF | Review correspondence direct staff | 1.50 |
| 03/30/09 LBF | Review/implement emails | .50 |
| 03/31/09 LBF | Review legal and accounting production; draft report | 2.00 |
| 04/01/09 LBF | Revision of and draft of initial report of receiver. | 2.00 |
| 04/02/09 LBF | Review of and revision of report. | 1.50 |
| 04/03/09 LBF | Administration, hearing, attorneys. | 1.00 |
| 04/06/09 LBF | Review of emails and telephone calls. | 1.00 |
| LBF | Review of files and pleadings for meeting | 2.00 |
| 04/07/09 LBF | Preparation of hearing. | 3.00 |
| LBF | Meeting with counsel and team | 3.00 |
| 04/08/09 LBF | Attendance at hearing with CFTC and Alan Brumby. | 4.00 |
| 04/09/09 LBF | Review of emails  on assets and document requests. | 1.50 |
| 04/13/09 LBF | Website control. | .50 |
| 04/17/09 LBF | Review of bank and financial records. | 1.50 |
| 04/23/09 LBF | Review of pleadings and financial records. | 1.00 |
| 05/02/09 LBF | Review accountings; bank a/c in and out | 1.00 |
| 05/04/09 LBF | Hearing in Orlando | 8.00 |
| 05/21/09 LBF | Review of accounting and administrative. Calls. | 1.00 |
| 05/28/09 LBF | Review accountings and orders | 1.00 |
| 06/08/09 LBF | Teleconference w/ | .50 |
| 06/23/09 LBF | Review pleadings, airplane info, and sale | 1.50 |



```
   010117 0089                                    DECEMBER 24, 2009   PAGE    2
   Lewis B. Freeman, Receiver                     INVOICE   093074
   Re: Capital Blu
```

|     DATE    | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 06/24/09 LBF | Review pleadings and analysis | 1.50 | |
| 06/26/09 LBF | Correspondence email | 1.50 | |
| 07/09/09 LBF | Review draft summaries | .60 | |
| 07/26/09 LBF | Review draft report | 1.00 | |
| 07/29/09 LBF | Review/revise cash flow | 1.00 | |
| 07/30/09 LBF | Revise draft report | 1.50 | |
| 07/31/09 LBF | Revise draft report | 1.00 | |
| 08/02/09 LBF | Revise exhibits and report and summaries of bank statements | 2.50 | |
| 08/24/09 LBF | Conference call with attorneys and discovery | 1.00 | |
| | TOTAL SERVICES RENDERED | 62.10 | $ 15,525.00 |
| | TOTAL NEW CHARGES – THIS INVOICE | | $ 15,525.00 |

| RECAP OF FEES | HOURS | RATE | TOTAL |
|---|---|---|---|
| Lewis B. Freeman | 62.10 Hrs | 250.00/Hr | 15,525.00 |
| TOTAL | 62.10 Hrs | | $ 15,525.00 |

```
Terms:  Due upon Receipt
        Please include the invoice number on your check
Terms:  Due upon Receipt
        Please include the invoice number on your check
```