**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES COMMODITY FUTURES TRADING COMMISSION,**

**Plaintiff,**

-vs-  Case No. 6:09-cv-508-Orl-28DAB

**CAPITAL BLU MANAGEMENT, LLC, DD INTERNATIONAL HOLDINGS, LLC, DONOVAN DAVIS, JR., BLAYNE DAVIS, DAMIEN BROMFIELD,**

**Defendants.**
_____

# ORDER

This case is before the Court on a finding by United States Magistrate Judge Baker that the Receivership is no longer viable. United States Magistrate Judge Baker has submitted a report recommending that the Receivership be terminated.

After an independent *de novo* review of the record in this matter, and consideration of the objections filed by the Successor Receiver (Doc. No. 119) and Plaintiff (Doc. 120), the Court is of the opinion that terminating the Receivership at this point is premature and declines to adopt the Report and Recommendation.

The Successor Receiver shall, however, provide a status report to this Court no later than May 15, 2010, including but not limited to the likelihood of recovering the assets discussed in her objections to the Report & Recommendation. Further, Plaintiff shall take on certain tasks to assist the Successor Receiver in locating assets, individuals and

information helpful to the Receivership estate. The status report shall include what tasks Plaintiff has taken on and the results of those efforts.

This Court will reevaluate the viability of the Receivership periodically. The Successor Receiver is under a duty throughout this litigation, to immediately inform the Court, if in her opinion, the Receivership should be terminated.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___9th___ day of April, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge