# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES COMMODITY
FUTURES TRADING COMMISSION,
                Plaintiff,

-vs-                                   **Case No.  6:09-cv-508-Orl-28DAB**

CAPITAL BLU MANAGEMENT, LLC, DD
INTERNATIONAL HOLDINGS, LLC,
DONOVAN DAVIS, JR., BLAYNE DAVIS,
DAMIEN BROMFIELD,
                Defendants.

| JUDGE | **David A. Baker** | DATE AND TIME | June 3, 2010 10:00-11:30 |
|---|---|---|---|
| DEPUTY CLERK | Helyn S. LaTorre | TAPE/REPORTER | Sandy Tremel |
| COUNSEL/PLTF.<br><br>RECEIVER | Daniel Jordan<br>Patrick Pericak<br>Marsha Lyons | COUNSEL/DEFT. | Brian Phillips<br>Charles Greene |

## CLERK'S MINUTES
### EVIDENTIARY HEARING ON ORDER TO SHOW CAUSE

Case called, appearances taken
Procedural setting
Plaintiff counsel Jordan addresses court on case status
Receiver counsel Lyons comments
Defense counsel Phillips responds
Defense counsel Greene responds
Court proceeds on issue of court's Order to Show Cause
Counsel Phillips addresses Order to Show Cause
Defense witness Diana Davis sworn and testifies
Cross-examination of Ms. Davis by counsel Jordan
Cross-examination of Ms. Davis, by receiver Lyons
Counsel Phillips argues
Counsel Greene argues
Counsel Jordan rebuttal argument
Counsel Lyons responds
Counsel Pericak responds; counsel argues motion to compel testimony
Court to take matters under advisement and issue rulings and Report and Recommendation