**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES COMMODITY**
**FUTURES TRADING COMMISSION,**

**Plaintiff,**

**-vs-**                                                            **Case No.  6:09-cv-508-Orl-28DAB**

**CAPITAL BLU MANAGEMENT, LLC, DD**
**INTERNATIONAL HOLDINGS, LLC,**
**DONOVAN DAVIS, JR., BLAYNE DAVIS,**
**DAMIEN BROMFIELD,**

**Defendants.**
_____

# ORDER

This case is before the Court on the Motions to Dissolve Preliminary Injunction and Statutory Restraining Order (Doc. Nos. 194 and 195) filed by Defendants Donovan Davis and Damien Bromfield. The United States Magistrate Judge has submitted a report recommending that the motions be denied.

After an independent *de novo* review of the record in this matter, and consideration of the objections to the Report and Recommendation filed by Defendants Davis and Bromfield (Doc. No. 221), the objections are overruled. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 1, 2010 (Doc. No. 211) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motions to Dissolve Preliminary Injunction and Statutory Restraining Order (Doc. Nos. 194 and 195) are **DENIED** without prejudice to Defendants asserting their arguments and presenting their proof in the normal course of trial.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___15th___ day of December, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge